197-08/PJG

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
Aracruz Trading Ltd.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARACRUZ TRADING LTD.,

                Plaintiff,

-against-

JAPAUL OIL AND MARITIME SERVICES PLC,

                Defendant.
------------------------------------------------------------x

08 CIV. _____ ( )

**RULE 7.1 STATEMENT**

The Plaintiff, ARACRUZ TRADING LTD. by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff (a private non-governmental party) is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
      April 10, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
ARACRUZ TRADING LTD.

By: _____
Peter J. Gutowski (PG 2200)
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900/Facsimile: (212) 425-1901

NYDOCS1/302493.1