UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────
ARACRUZ TRADING LTD.,

               Plaintiff,       08 Civ. 3511 (JGK)

      - against -             ORDER

JAPAUL OIL MARITIME SERVICES PLC,

               Defendant.
───────────────────────────────
JOHN G. KOELTL, District Judge:

    A conference is scheduled for July 24, 2008 at 4:00 p.m..

SO ORDERED.

Dated:    New York, New York
           June 18, 2008

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08