UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARACRUZ TRADING LTD,
                Plaintiffs,

-V-

JAPAUL OIL AND MARITIME SERVICES PLC,
                Defendants.

**CERTIFICATE OF MAILING**

08 CV 3511 (JGK)

[Stamp: U.S. DISTRICT COURT FILED JUL 15 2008 S.D. OF N.Y.]

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15th day of July, 2008**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**10th day of April, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8631 6585 1146**

[Signature: J. Michael McMahon]
CLERK

Dated: New York, NY

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◊
DANIEL J. FITZGERALD*†△
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
## 80 PINE STREET
## NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

July 9, 2008

---

**FedEx International Air Waybill** — /0135/0250/0036907139/2

**From:**
- Sender's FedEx Account Number: 1079-3188-0
- Sender's Name: PETER J. GUTOWSKI
- Phone: 212 425-1900
- Company: FREEHILL HOGAN & MAHAR
- Address: 80 PINE ST FL 24
- City: NEW YORK, State: NY, ZIP: 10005, Country: US

**To:**
- Recipient's Name: [blank]
- Phone: 084-231633
- Company: JAPAUL OIL + MARITIME SERVICE PLC
- Address: PLOT 39 EASTERN-BY-PASS
- Address: MARITIME BASE
- City: RIVERS STATE, State/Province: PORT HARCOURT
- Country: NIGERIA

**Shipment Information:**
- Total Packages: 1, Total Weight: 1
- Commodity Description: LEGAL DOCUMENTS — COMPLETE IN ENGLISH

**Express Package Service:** ✓ FedEx Intl. Priority

**Packaging:** ✓ FedEx Envelope

**Payment Bill transportation charges to:** ✓ Sender

**Payment Bill duties and taxes to:** ✓ Sender

**Your Internal Billing Reference:** 197-08/PJG

**Sender's Signature:** M. Gudeck

**FedEx Tracking Number:** 8631 6585 1146

521L
0402