GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*¹
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
• ALSO ADMITTED IN LOUISIANA

# LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

August 7, 2008

Our Ref: 197-08/PJG

Via Telefax - (212) 805-7912

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
U. S. Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
8/7/08

Re:   ARACRUZ TRADING LTD. v.
      JAPAUL OIL and MARITIME SERVICE PLC
      08 Civ. 3511 (JGK)

Dear Judge Koeltl,

We represent the Plaintiff in the captioned action and write to provide the Court with a proposed motion schedule for the Defendant's Motion to Dismiss which was recently filed.

In this respect, counsel have conferred and would propose that we proceed on the following schedule:

> Plaintiff's Opposition Papers due on or before August 28
> Defendant's Reply Papers due on or before September 11

PLEASE NOTE: The information contained in this fax is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

NYDOCS1/310147.1

August 7, 2008  
Page 2

2

      Provided this meets with the Court's approval, we will proceed on this basis and we thank the Court for its attention to the foregoing.

                              Respectfully submitted,  
                              FREEHILL HOGAN & MAHAR, LLP

                              Peter J. Gutowski

PJG:mjg

cc:    *Via Email*  
       Philip Akakwam, Esq.  
       Attorney for Defendant  
       Japaul Oil & Maritime Services, PLC  
       303 Livingston Street, 2 Fl.  
       Brooklyn, NY 11217  
       Email: pakakwam@juno.com