GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▵
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†▵
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▵ ALSO ADMITTED IN WASHINGTON, D.C.
' ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/08

August 26, 2008

Our Ref: 197-08/PJG

*By Fax* (212) 805-7912
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 1030
New York, NY 10007

Re:  Aracruz Trading Ltd. v. Japaul Oil and Maritime Services
     08-CV-3511 (JGK)

Dear Judge Koeltl,

We represent the Plaintiff in the captioned action and write to seek the Court's approval of a brief adjournment of the current motion schedule in respect to Defendant's motion to dismiss.

Under the original schedule, our opposition was due to be filed on August 27, 2008. Due to scheduling issues, we requested, and the Defendant has consented to, a one week shift in the schedule such that our opposition papers will now be filed on Wednesday, September 3 and Defendant's reply on September 17.

Provided the Court has no objection, we will proceed on this basis, and by copy to counsel for the Defendant, we thank them for their courtesy. Also, for the Court's guidance, we note that this is the first time an adjustment in the original motion schedule has been requested.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

Peter J. Gutowski

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.

8/26/08

NYDOCS1/310121.1

August 26, 2008
Page 2

cc: *Via Fax*
Counsel for Defendant:
Phillip Akakwam, Esq.
303 Livingston Street, 2Fl
Brooklyn, NY 11217
Phone: (718) 858-2488
Fax: (718) 858-2489

NYDOCS1/310121.1

FREEHILL, HOGAN & MAHAR LLP