197-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
ARACRUZ TRADING LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

ARACRUZ TRADING LTD,

                    Plaintiff,

    -against-

JAPAUL OIL AND MARITIME SERVICES PLC

                    Defendants.

08 CV 3511 (JGK)
ECF CASE

**DECLARATION OF EDWARD J. CARLSON**

------------------------------------------------------------

State of New York   )
                     ) ss.:
County of New York )

EDWARD J. CARLSON, states as follows:

1. I am an associate with the law firm of Freehill Hogan & Mahar, LLP, attorneys for Plaintiff herein.

2. I submit this declaration in support of the Plaintiff's opposition to the Defendant's motion to dismiss to outline the following points.

3. During the week of August 25, I contacted the United States Department of State to make inquire with respect to any prohibition against and the general availability

NYDOCS1/311767.1

of temporary visas for Nigerians to travel to the United States for the purpose of testifying in this matter.

3. According to the State Department employee with whom I spoke, there are currently no bans in place regarding issuance of visas to Nigerians.

4. Issuance of a visa to an individual depends on the individual establishing strong social and economic ties to Nigeria such as longstanding employment, owning property, and/or family connections.

5. The State Department Official indicated that these factors will generally support issuance of a visa as they will be an indication that the applicant will return to Nigeria within the allocated period provided for within the visa.

6. Exhibits G, H and I were accessed via the website of the Maryland Department of Assessments and Taxation and reflect the corporate creation of Japaul's subsidiary, its good standing as a Maryland LLC, the local representative in Maryland, and the corporate purpose for which that entity was created.

7. Exhibit J is an article by the Daily Sun, a Nigerian newspaper, accessed via the web, which contains an interview with the managing director of Japaul and specifically references the creation of Japaul's subsidiary entity in the United States and the nature of the operations it conducts here.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on September 3, 2008.

_____
EDWARD J. CARLSON

# Ex. G


**Maryland Department of Assessments and Taxation**
Taxpayer Services Division
301 West Preston Street W Baltimore, MD 21201   (2007 vw6.3)

Main Menu | Security Interest Filings (UCC) | **Business Entity Information (Charter/Personal Property)** New Search | Rate Stabilization Notices | Get Forms | Certificate of Status | SDAT Home

**Taxpayer Services Division**

**Entity Name: JAPAUL LLC**
**Dept ID #: W11330636**

| General Information | Amendments | Personal Property | Certificate of Status |

| | |
|---|---|
| **Principal Office (Current):** | 6130 PARKWOOD ROAD<br>CHERVELY, MD 20785 |
| **Resident Agent (Current):** | MR. OLUSOLA OKE<br>6130 PARKWOOD ROAD<br>CHERVELY, MD 20785 |
| **Status:** | ACTIVE |
| **Good Standing:** | Yes |
| **Business Code:** | Other |
| **Date of Formation or Registration:** | 06/07/2006 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

**Link Definition**

**General Information**   General information about this entity
**Amendments**   Original and subsequent documents filed
**Personal Property**   Personal Property Return Filing Information and Property Assessments
**Certificate of Status**   Get a Certificate of Good Standing for this entity

# Ex. H

# CORPORATE CHARTER APPROVAL SHEET
## **EXPEDITED SERVICE**   ** KEEP WITH DOCUMENT **

DOCUMENT CODE _40_    BUSINESS CODE _2J_

\# _____

Close _____    Stock _____    Nonstock _____

P.A. _____    Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

_____

```
1000361993123979

ID # W11330636 ACK # 1000361993123979
LIBER: B00967 FOLIO: 1632 PAGES: 0002
JAPAUL LLC


06/07/2006  AT 01:14 P WO # 0001239377
```

New Name _____

_____

### FEES REMITTED

| | | |
|---|---|---|
| Base Fee: | 100 | _____ Change of Name |
| Org. & Cap. Fee: | 70 | _____ Change of Principal Office |
| Expedite Fee: | _____ | _____ Change of Resident Agent |
| Penalty: | _____ | _____ Change of Resident Agent Address |
| State Recordation Tax: | _____ | _____ Resignation of Resident Agent |
| State Transfer Tax: | _____ | _____ Designation of Resident Agent |
| _1_ Certified Copies | | and Resident Agent's Address |
| Copy Fee: | 21 | _____ Change of Business Code |
| ___ Certificates | | |
| Certificate of Status Fee: | _____ | _____ Adoption of Assumed Name |
| Personal Property Filings: | _____ | |
| Mail Processing Fee: | _____ | |
| Other: | _____ | _____ Other Change(s) |
| TOTAL FEES: | 191 | |

Credit Card _____   Check _____   Cash _____   Code _____

_____ Documents on _____ Checks    Attention: _Olusola Oka_

Approved By: __G__    Mail: Name and Address

Keyed By: _____

COMMENT(S):

_6130 Parkwood Road_

_Cheverly MD 20785_

Stamp Work Order and Customer Number HERE

```
CUST ID:0001796339
WORK ORDER:0001239377
DATE:06-07-2006 01:14 PM
AMT. PAID:$191.00
```

# Ex. I

## ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is: __JA PAUL L.L.C__

(2) The purpose for which the Limited Liability Company is filed is as follows: __Purchase and Sales of Used and New Trucks, Trailers, heavy duty Equipment Ships and all sorts of Marine Equipment - for Export & local Sales.__

(3) The address of the Limited Liability Company in Maryland is __6130 Parkwood Road Chervely, MD 20785.__

(4) The resident agent of the Limited Liability Company in Maryland is __Mr Olusola Oke Olusola__

whose address is __6130 Parkwood Road, Chervely, MD 20785__

(5) __Olusola Oke (Mr)__ [signature]

__Jegede A. Paul (Mr)__ [signature]

(6) __Olusola Oke__ [signature]
     Resident Agent

Signature(s) of Authorized Person(s)

Filing party's return address:

(7) __6130 Parkwood Road, Chervely, MD 20785__

# Ex. J




Money

**Good Morning! Wednesday September 03, 3908**

### Services
Back Page
Advert Rates
Online Advert Rates
Subscription

### News
Home
National
Business News
Abuja Reports
Sports
Politics
Sun Girl

### Editorial
Editorial Issues
Letters
Opinion
Columnists

### Community
Standard Guestbook
View Guestbook
Sun Chatroom

### Features
Apettit
Arts
BlockBuster
CEO Magazine
Celebrity Fashion
City Sun
Crime Watch
Covert Choice
CyberSun
Education
Enterprise
Everyday Heroes
Exquisite Property
Fashion & Celebrity
Fashion & Beauty
Favourite File
Good Health

## We are building capacity
By TOKUNBO OLOKE
**Thursday, August 16, 2007**

Japaul Oil and Maritimes Service Plc is the first indigenous shipping company to be listed on the Nigerian Stock Exchange (NSE). The Managing Director of the Company, Mr. Paul Jegede, spoke about the company, the challenges, the future plans as well as issues on the Nigerian economy.



Jegede
Pix: Sun News Publishig

- More Stories on This Section

**The case before**
As far as we are concerned, the economy remains fairly stable. Most of the projects in the oil and gas sector were executed in the deep and shallow offshore. Few operations were carried out in the swamp and on the land for obvious reason of insecurity in Niger Delta where we operate from.

**Government's policies**
The various economic reforms of the Federal Government have helped our company and industry to pick up. For instance, accessibility to bank loan was easier than the first year and we were able to finance all the contracts we had with the multinational oil companies.

**Niger Delta's restiveness**
Crisis in the Niger Delta, resulting in kidnapping of expatriates, created a sense of insecurity among expatriates who supervise some of the contracts we handle. As a result, some projects that we would have started were postponed till when the situation improves. Our company, however, was able to work against all odds, some of our contracts are properly executed and delivered and this gave us a competitive edge in the industry.

**Future prospects**
The business volume in our industry is on the increase on a yearly basis. Our business activities in the industry have risen from the average of six billion dollars per annum to about 11 billion dollars.
There are a lot of businesses to handle in the years to come. The previous challenges that we had was building human capacity to cope with the volume of business we're able to get, but now we have overcome this. In the years ahead, we shall be acquiring more marine equipment and machinery to further build more capacity so that the company will be in a

Health Magazine
How I write
Literari
Life Style
Living
Mafia Series
Man in the street
Man in the pulpit
Managing a Law Firm
Me & My God
Media People
Money
Motoring
Power Game
Romance
Romantic Faction
Senior Citizen
Showtime
Smoking Guns
Sun Splash
Sunlight of Islam
Travels
Wiveslives
Window of the world
Window on widows
Woman of the Sun
Women in Business
Women & Me
Videoscope
Young Ones

Weekend Sun

Saturday Sun
Sunday Sun

Company Profile

About Us
Contact Us



good position to handle high profile contracts in the oil industry. With the planned build up in capacity, we will turn in profits in billions of naira.

**Our dredging contracts**
Our multi million dollars dredging contracts with Shell Petroleum Development Company is still running, and the vessels supply contracts with Mobil shall start to bring in more revenue into the company as from the next accounting year, till 2010. Within the year, we were able to acquire three dredgers, two of them have been deployed to Shell contracts, the third one is being prepared for the other contracts we have. The contract to build a new fourth dredger has been signed with a dredger building company in the United States of America. With the four set of dredgers and their accessories, we are confident that more businesses will be done next year, which, therefore, guarantees more returns for our stakeholders.

**Japaul expatriates**
The expatriates we have recruited to handle some aspects of our business operation will be as suming duties soon. They will handle some of our operations professionally and train other local engineers. Our subsidiary company, Japaul Gulf Electromechanical LLC in Dubai, has won some contracts, which they shall be executing in the next business year. The company is into a partnership arrangement with Fanaknaz Group of Companies in UAE. This partnership arrangement has availed us more businesses and funding accessibility. We have also incorporated a company called, "Japaul LLC" in United States of America. Its operations will be tailored towards giving technical support to the Nigerian company and shall be a training ground for the employees of our great company.

**Human resources training**
Employees are the most valuable resources that we have. Good attention is paid to the needs of every worker in the company. Three employees were sent abroad for training. Others got trained in all relevant fields. We have built human capacity to cope with various challenges in our industry.